IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TONY HALL, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 19-8 |
| § | |
| QUALITY SYSTEMS INSTALLATION, § | |
| BRADLEY BOZEMAN, et al., § | |
| § | |
| Defendants. § | |

## NOTICE OF REMOVAL

COME NOW the Defendants, QUALITY SYSTEMS INSTALLATION and BRADLEY BOZEMAN ("Defendants"), and files this Notice of Removal of this action from the Circuit Court of Mobile County, Alabama, to the United States District Court for the Southern District of Alabama, Southern Division. As grounds hereto, the Defendants show unto the Court as follows:

### BACKGROUND OF THIS ACTION

1.  The above-entitled cause was initiated in the Circuit Court for Mobile County, Alabama by filing a Complaint on December 5, 2018. Defendant Bradley Bozeman was served via certified mail on December 26, 2018, and Defendant Quality Systems Installation was served via certified mail on December 31, 2018. A complete copy of the lawsuit along with all State Court pleadings is attached hereto as Exhibit "A" and is incorporated herein by reference. This case is being removed within thirty (30) days of service and well within one (1) year of the commencement of this action.

2. Said action is of a civil nature at law whereby the Plaintiff seeks to recover damages in excess of $75,000.00 from the Defendants, exclusive of interest and costs. (See Plaintiff's Responses to Defendants' Request for Admissions to Plaintiff as the last two (2) pages of Exhibit "A").

3. As described in detail below, there is complete diversity between Plaintiff and the Defendants.

### THE PLAINTIFF

4. Tony Hall is the only named Plaintiff. Upon information and belief, and as pled in the Plaintiff's Complaint, Mr. Hall, was, and is, a resident of Mobile County, Alabama at all times relevant to the Complaint. Therefore, the Plaintiff is a citizen of the State of Alabama. 28 U.S.C. §1332(c)(2).

### THE REMOVING DEFENDANTS

5. Defendant, Quality Systems Installation, is and, at the time of the commencement of this action, was a limited liability corporation organized and existing under the laws of the State of Florida. Additionally, Quality Systems Installation's principal place of business is located in Cantonment, Florida.

6. Defendant Bradley Bozeman, is and, at the time of the commencement of this action, a resident citizen of the State of Florida.

7. All properly joined Defendants consent and join in the removal.

### GROUNDS FOR REMOVAL

8. This case is being removed pursuant to 28 U.S.C. §1441 *et seq.*, inasmuch as this action could have originally been brought in this Court pursuant to 28 U.S.C. §1332.

9. This Notice of Removal is timely filed because it is being submitted within one (1) year from the December 5, 2018 date of commencement of the action and within thirty (30) days of service of the Complaint on the first served Defendant, Bradley Bozeman, which was December 26, 2018.

10. A true and correct copy of this Notice of Removal is being served on counsel for Plaintiff on this date.

11. A true and correct copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Mobile County, Alabama.

12. No special bail was or is required in this action.

## JURISDICTION UNDER 28 U.S.C. §1332

13. This action could have originally been brought in this Court pursuant to 28 U.S.C. §1332 in that it is a civil action wherein the matter in controversy exceeds $75,000.00 exclusive of interest and costs and there is diversity of citizenship among the Plaintiff and Defendants.

14. In regards to the amount in controversy, Plaintiff's Complaint does not seek a specific monetary amount. However, Plaintiff has admitted in the attached Responses to Defendants' Request for Admissions that he seeks damages exceeding $75,000.00 exclusive of interest and costs.

15. In addition to meeting the requirement that the amount in controversy exceeds $75,000.00, there is complete diversity of citizenship between the Plaintiff and Defendants.

16. This suit is removed to this Court, under and by virtue of the Acts of The Congress of the United States, and the Defendants are desirous of removing said cause to this

Court.

WHEREFORE, PREMISES CONSIDERED, the Defendants pray that the above-entitled cause be removed to the United States District Court for the Southern District of Alabama, Southern Division, according to the statutes in such case made and provided.

DONE this the 11th day of January, 2019.

/s/ *G. Randall Spear*
G. RANDALL SPEAR (SPE016)
Attorney for Defendants, Quality Systems Installation and Bradley Bozeman

OF COUNSEL:

SPEAR, SPEAR & HAMBY, P.C.
169 Dauphin Street, Suite 200
Post Office Box 1347
Mobile, Alabama  36633
dah@sshlawpc.com
(251) 344-8181
(251) 344-6629 FAX

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of January, 2019, I have served a copy of the above and foregoing document on the following counsel of record, by electronic notice and/or by placing a copy of the same in the United States Mail, properly addressed and postage prepaid:

Alex W. Zoghby, Esquire - azoghby@zoghbylaw.com
Law Office of Alex W. Zoghby
2601 Dauphin Street
Mobile, Alabama  36606

/s/ *G. Randall Spear*
G. RANDALL SPEAR

4